SHAWN C. LOORZ, State Bar # 250985
SHARON R. WITKIN, State Bar # 362060
**LEVANGIE LONG LOORZ**
2969 Prospect Park Drive, Suite 125
Rancho Cordova, CA 95670
Tel: (916) 443-4849 | Fax: (916) 443-4849
Email: shawn.loroz@llg-law.com
      sharon.witkin@llg-law.com

Attorneys for Defendant
ONE SAFE PLACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCE DEAN,<br><br>          Plaintiff,<br><br>v.<br><br>SHASTA COUNTY; CHILDREN'S LEGACY CENTER; ONE SAFE PLACE; DANIELLE GANNON; MICHELLE LICK; CRYSTAL ADAMS; DOES 1-20, inclusive,<br><br>          Defendants. | CASE NO. 2:26-cv-00223-DMC<br><br>**STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER**<br><br><br>Judge:        Hon. Dennis M. Cota<br>Complaint Filed:  January 27, 2026<br>Trial Date:    Not set |

      Plaintiff Chance Dean and Defendant One Safe Place, by and through their attorneys of record, stipulate and request a 30-day extension of time for One Safe Place to file a responsive pleading to Plaintiff's complaint, from April 13, 2026, to May 13, 2026.

      Pursuant to Federal Rule of Civil Procedure 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1).

      Good cause exists to extend the responsive pleading deadline because counsel for One Safe Place was only recently assigned this case and needs additional time to review the complaint and determine the appropriate response.

STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER

**IT IS SO STIPULATED.**

DATED:   April 13, 2026       **LEVANGIE LONG LOORZ**

*/s/ Sharon R. Witkin*
By: _____
SHAWN C. LOORZ
SHARON R. WITKIN
Attorneys for Defendant One Safe Place

DATED:   April 7, 2026        **LEESA WEBSTER LAW, INC.**

*/s/ Leesa Webster*
By: _____
(as authorized on April __, 2026)
LEESA WEBSTER
Attorneys for Plaintiff Chance Dean

## ORDER

Good cause appearing, the stipulated request to extend the responsive pleading deadline for Defendant One Safe Place is extended from April 13, 2026, to May 13, 2026.

**IT IS SO ORDERED**.

Dated:  April 14, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER