**PRENTICE LONG, PC**
Margaret E. Long – SBN 227176
Caitlin Smith – SBN 269716
2240 Court Street
Redding, CA 96001
Telephone:   (530) 691-0800
Facsimile:    (530) 691-0700
E-Mail:  margaret@prenticelongpc.com
            caitlin@prenticelongpc.com

Attorneys for Defendant Children's Legacy
Center

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCE DEAN,<br><br>            Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY; CHILDREN'S LEGACY CENTER; ONE SAFE PLACE; DANIELLE GANNON; MICHELLE LICK; CRYSTAL ADAMS, and DOES 1-20, inclusive,<br><br>            Defendants. | No. 2:26-cv-00223-DMC<br><br>**STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER** |

Plaintiff Chance Dean and Defendant Children's Legacy Center, by and through their respective attorneys of record, stipulate and request a 30-day extension of time for Children's Legacy Center to file a responsive pleading to Plaintiff's Complaint to May 11, 2026.

Pursuant to Fed. R. Civ. Proc. 6(b)(2), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time. . . on motion made after the time has expired if the party failed to act because of excusable neglect."

1

Good cause exists to extend the responsive pleading deadline because counsel for Defendant Children's Legacy Center was only recently assigned this case and after reviewing the relevant information has concluded that Children's Legacy Center is not a proper party to the action as it was not involved in any of the underlying factual allegations. Counsel for Children's Legacy Center has provided a Declaration to Plaintiff's Counsel outlining the reasons that it believes that it is not a proper party to this action.

Counsel for Plaintiff has kindly agreed to review the Declaration and if she is reasonably satisfied that Children's Legacy Center was not involved in the factual allegations underlying the causes of action outlined in the Complaint, she will dismiss Children's Legacy Center from this action. Plaintiff's Counsel has also kindly stipulated to an extension of 30 days for Children's Legacy Center to file a responsive pleading in this action to permit Plaintiff's Counsel time to review the Declaration and for the parties to discuss dismissal accordingly.

**IT IS SO STIPULATED.**

DATED: April 14, 2026                                  PRENTICE LONG, PLLC

By:   /s/ Margaret Long
MARGARET LONG
Attorney for Defendant Children's
Legacy Center


DATED: April 14, 2026                                  LEESA WEBSTER LAW, INC.

By:   /s/ Leesa Webster
(As Authorized on 4/14/26)
LEESA WEBSTER
Attorney for Plaintiff

2

STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER

**ORDER**

Good cause appearing, the stipulated request to extend the responsive pleading deadline for Defendant Children's Legacy Center is extended to May 11, 2026.

IT IS SO ORDERED.

Dated: April 16, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3

STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER

RE:    *Dean v. Shasta County, et al.*
       U.S. District Court, Eastern District Case No. 2:26-cv-00223-DMC

PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 2240 Court Street, Redding, California 96001-2805.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business.  On the date shown below, I served,

**STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; PROPOSED ORDER**

  X    BY ELECTRONIC SERVICE: through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

_____    on the parties in said action, VIA EMAIL, addressed as follows:

| | |
|---|---|
| Leesa Webster, Esq. | *Attorney for Plaintiff* |
| 1650 Oregon Street, Suite 103 | |
| Redding, CA 96001 | |
| Tel: (530) 276-0628 | |
| E-Mail:  leesawebster@icloud.com | |
| | |
| Shawn C. Loorz, Esq. | *Attorneys for Defendant One Safe Place* |
| Sharon R. Witkin, Esq. | |
| LEVANGIE LONG LOORZ | |
| 2969 Prospect Park Drive, Suite 125 | |
| Rancho Cordova, CA 95670 | |
| Tel: (916) 443-4849 | |
| Email:  shawn.loroz@llg-law.com | |
|         sharon.witkin@llg-law.com | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed April 14, 2026, at Redding, California.

             */s/ Caren Miller*
             Caren Miller

4

STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER